**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 246 EAL 2018

              Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

        v.   :

VASEN REGAN,   :

              Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.